AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Massachusetts |
|---|---|

| Name David C. Jones | Prisoner No. W-37384 | Case No. 99-102164 |
|---|---|---|

Place of Confinement: MCI Shirley Medium, PO Box 1218, Shirley Mass. 01464

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| David Jones | v. Michael A. Thompson (Superintendent) |

The Attorney General of the State of: Massachusetts

04-12180 GAO

MAGISTRATE JUDGE Dein

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Norfolk Superior Court, 650 High Street, Dedham Mass. 02026

2. Date of judgment of conviction: October 21, 1997

3. Length of sentence: 10 yrs at MCI C.J. Concurrent

4. Nature of offense involved (all counts): B+E Daytime and Larceny 102279 as habitual criminal.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   Plead guilty to indictment 102279 as habitual offender.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

FILING FEE PAID:
RECEIPT # 59409
AMOUNT $ 5.00
BY DPTY CLK MOK
DATE 10/18/04

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Appeals Court__

   (b) Result __Affirmed the Conviction__

   (c) Date of result and citation, if known __May 31, 2000__

   (d) Grounds raised __Denied the AFIS list of potentially Matching Candidates (prejudiced by failure to preserve.)__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court __Supreme Judicial Court__

     (2) Result __Denied__

     (3) Date of result and citation, if known __July 21, 2000__

     (4) Grounds raised __Appeals Court avoided the issue of whether the defendant due process right violated.__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court ____

     (2) Result ____

     (3) Date of result and citation, if known ____

     (4) Grounds raised ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __Norfolk Superior Court__

     (2) Nature of proceeding __"Motion For A New Trial Based On Newly Discovered Evidence"__

     (3) Grounds raised __That the evidence was falsified and tampered with by officer Thomas Heavey__

(3)

AO 241 (Rev. 5/85)

> Evidence was destroyed and withheld.
> Prosecutorial misconduct.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result  Denied

(6) Date of result  October 1, 2004

(b) As to any second petition, application or motion give the same information:

(1) Name of court  Norfolk Superior Court

(2) Nature of proceeding  Motion To Produce Certain Documentary Evidence

(3) Grounds raised  The evidence was exculpatory and specifically requested, was never made available to the defense. The list of those individuals or "Candidates" whom the "AFIS" Computer system determined had fingerprints similar to other

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☑   No ☐

(5) Result  Motion was Allowed and Later Denied

(6) Date of result  Dec. 12, 2002

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☑  No ☐
(2) Second petition, etc.   Yes ☑  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to defendant. (Release from Unlawful Restraint.)

Supporting FACTS (state *briefly* without citing cases or law) In 1996 I was deprived of potentially exculpatory information regarding a AFIS-Generated list of candidates produced and destroyed by the government during the prosecution of this case. The prosecution claimed it could not guarantee that the identical candidate list could be regenerated and that releasing the list violated policy.

B. Ground two: Conviction obtained by the use of falsified and tampered evidence (Fingerprints.) (Release from Unlawful Restraint)

Supporting FACTS (state *briefly* without citing cases or law): Officer Thomas Heavy of the Brookline Police Dept. is the officer with initial control of the evidence. He is also the officer and defendant in the case filed by another officer accusing him of presenting false evidence, falsifying evidence, misleading prosecutors and ordering others to do the same in criminal cases. (See enclosed evidence.) Exhibit

(5)

AO 241 (Rev. 5/85)

C. Ground three: Conviction obtained by the prosecution knowingly withholding evidence favorable to the defend
( Release from Unlawful Restraint.)
Supporting FACTS (state *briefly* without citing cases or law): Officer John B. Devine explained that if he was called on this case that he might hurt the prosecutions case because of ethical reasons with the department. The assistant district attorney states "We'll keep that information out of the trial."

D. Ground four: Conviction obtained by a violation of my Due Process Rights Prosecutorial Misconduct
( Release from Unlawful Restraint.)
Supporting FACTS (state *briefly* without citing cases or law): The prosecutor's reliance on the "policy" of the State Police to not release potential candidates to prosecutors or defense attorneys runs afoul to my right to "due process". It's evidence that challenged the material. Prosecutor also destroyed evidence as well.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Attorney Stephanie Page C.P.C.S. 450 Washington St., Dedham, Mass. 02026
(b) At arraignment and plea Attorney Stephanie Page 450 Washington St. Dedham, Mass. 02026

(6)

AO 241 (Rev. 5/85)

(c) At trial  Attorney Stephanie Page  C.P.C.S.
450 Washington Street, Dedham MA 02026

(d) At sentencing  Attorney Stephanie Page

(e) On appeal  Attorney Esther Horwich
100 State Street, Boston MASS 02109

(f) In any post-conviction proceeding  Attorney Chrystal Murray
P.O. Box 1502 Jamaica Plain, Mass. 02130

(g) On appeal from any adverse ruling in a post-conviction proceeding  Attorney Chrystal Murray
P.O. Box 1502, Jamaica Plain, Mass. 02130

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future:  N/A

(b) Give date and length of the above sentence:  N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☐   N/A

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10-7-04
(date)

David C. Jones
Signature of Petitioner

(7)