UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID C. JONES<br>Petitioner,<br><br>v.<br><br>MICHAEL A. THOMPSON<br>Respondent. | Civil Action No. 04-121870-GAO |

## MOTION TO ENLARGE THE TIME
## FOR FILING A RESPONSIVE PLEADING

The respondent, Michael Thompson, Superintendent of MCI Shirley Medium in Shirley, Massachusetts, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to January 7, 2005.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies on each and every claim asserted on direct appeal and/or in collateral actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state court proceedings from the Norfolk County District Attorney's office. The district attorney's office must locate the files, duplicate the records, including trial transcripts if necessary, and transmit a copy to the Attorney General's Office. These are time-consuming tasks which District Attorney staffers must fit into their regular pressing duties. An enlargement is necessary to allow

2

the district attorney's office sufficient time to complete its task and to permit the respondent's counsel to review the documents and transcripts when they arrive. Counsel must also research relevant issues and draft an appropriate response to the petition.

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include federal habeas corpus petitions as well as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters. Undersigned counsel is also in the process of researching and drafting briefs for the United States Court of Appeals for the First Circuit in two habeas corpus appeals.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to January 7, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached motion and notice of appearance was served upon the following petitioner pro se by first class mail, postage pre-paid, on November 16, 2004.

David C. Jones, pro se
M.C.I. Shirley Medium
P.O. Box 1218
Shirley, MA 01464

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General