Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s / Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner pro se on January 6, 2005, by first class mail, postage prepaid, at the address below:

David C. Jones, pro se
M.C.I. Shirley Medium
P.O. Box 1218
Shirley, MA 01464

/s/Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General