UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID C. JONES

  Petitioner
V.                           Civil Action No. 04-121870-GAO

MICHAEL A. THOMPSON
  Respondent

MOTION IN OPPOSITION OF RESPONDENTS
MOTION TO ENLARGE THE TIME FOR FILING A DISPOSITIVE
MOTION AND MEMORANDUM.
------------------------------------------------------------

   The Petitioner, Pro Se, respectfully moves this Court deny the Respondents request for the MOTION TO ENLARGE TIME FOR FILING a DISPOSITIVE MOTION AND MEMORANDUM in the above-captioned petition for "Writ of Habeas Corpus.

   In support thereof, the petitioner states, Respondents attorney relys on "duplicated" reasons for requesting the second motion to enlarge the time for filing. And in doing so, abused what the rule for Enlargement was intended for.

   This honorable Court should enforce the sanctions provided under the Federal Rules of Civil Proedure, and find the Respondent in "Default of the order. Further delay in this matter will cause undue prejudice against the petitioner. Petitioner has been (confined) illegaly in this matter for nearly (9) nine years of a (10) ten year sentence.

   The Petitioner further states, that the time period has been fixed in the judges order, the additional time of forty days and more has already been allowed under the Federal Rule of Procedure in Civil matters for "good cause".

                         -continued-

Page-2

In the interest of Judicial Economy,no further delays, or unnecessary pleadings should be allowed,and such,Respondents motion to enlarge should not even be considered.It is also established by the Court that a citizens constitutional right to have meaningful access to the court should not be cmpromized by needless and repetitive pleadings.
Although rule-11 provides for sanctions for unnecessary pleadings all officers of the court should be held at the highest responsibility of the respected rule.

It is clear from the record that the respondent never intended to meet the additional time date of January 7,2005.
On january 6,2005,the respondent now ,at the eleventh hour, motions this honorable Court to enlarge,using the exact same reason made in the initial motion to enlarge on November 16,2004. Under the rules provided in this section ,the court is not accorded greater flexability in determining within what time period an answer must be made.Additional time has already been allowed.

This (honorable )court should put its foot down with regard to enforcing this rule of the law ,to the letter of the law in this petition for writ of habeas corpus.Any further delay would impose more of a burden on the petitioner.
Petitioner is still in custody seeking relief from said illegal confinement.

For the sake of "justice and fairness",and the Constitution and Laws of the United States of America,The Motion To Enlarge The Time For Filing A Dispositive Motion and Memorandum should be denied.

cc,file

RESPECTFULLY SUBMITTED
(pro se )
David C. Jones
W-37384)MCI Shirley
P.O.Box 1218
Shirley,Mass. 01464

*David Jones*

1-11-2005

CERTIFICATE OF SERVICE
------------------------------------------------------------

   I here by certfy that a true copy of the above documentS was served upon the respondent,through Annette C. Benedetto,Asst. Attorney General Criminal Bureau,One Ashburton Place,Boston Massachusetts 02108,BBO No. 037060 ,January 11,2005,by first class mail ,postage prepaid at the address below:


*David Jones*
DAVID C. JONES-(w-37384)
MCI Shirley
P.O. Box 1218
Shirley,Mass. 01464


cc,file


1-11-2005