UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID C. JONES
   Petitioner

V.                         Civil Action No. 04-121870-GAO

MICHAEL A. THOMPSON
   Respondent                 04cv12180 GAO

---------------------

MOTION REQUESTING JUDGEMENT BY

(DEFAULT)
****************************************************************

     The petitioner, pro se, respectfully moves that this Court finds the Respondent in Default for not filing a timely answer to the above-captioned petition for habeas corpus.

In support thereof the petitioner states, that the respondent has now filed in the eleventh hour, a second Motion to Enlarge The Time For Filing A Dispositive Motion and Memorandum, relying on "duplicated" reasons for the argument, and in doing so, (abuses) what the rule was intended for.

     This Court should enforce the sanctions provided under the Federal Rules of Civil Procedure, and find the respondent in default and grant the relief requested and contained in the petition for the Writ of Habeas Corpus.
     Petitioner is in custody, and has served Close to (9)nine years, of a (10)year illegally imposed sentence.
   For the interest of Justice and Fairness, and the Constitution and Laws of the United States, the Motion REQUESTING Judgement by Default should be so ordered.

                                           Respectfully Submitt
                                          David C. Jones, pro se
1-11-2005                             MCI Shirley, P.O. Box121
                                           Shirley, Mass. 01464