A-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUCETTS

DAVID C.JONES
 Petitioner

V.                          Civil Action No.04-121870-GAO

MICHAEL A.THOMPSON
  Respondent
----------------------

AFFITDAVIT AND EXHIBIT
IN SUPPORT OF THE MOTION FOR JUDGEMENT
BY "DEFAULT".
*****************************************************************

The Petitioner states,that he has been in custody illegally
since (1996),and that if the claim is upheld,it would result
in an emediate release from presnt custody.McNally v.Hill,293,
U.S.131(1934).

   In or about Febuary 2002,the petitioner filed a complaint
regarding the "claims"made in the above-caption petition for
habeas corpus, with The Office Of The Attorney General.

Petitioner requested an investigation asking for an inquiry
of the issues surrounding the illegally gained conviction,
in the aboved-caption matter.

   I,the petitioner,was informed by the Assistant Attorney General,Mr Kurt N.Schwartz,that the evidence provided to support my
claim,didnt warrent further review or action towards the "relief"
I sought at that levle of government,and that I should contact
the Norfolk District Attorneys Office,in which time I did.
Petitioner sought relief at every other level of government over
a period of eight years.Further denial of justice or action in
this matter would cause even more harm and would certainly not
protect my Constitutional Rights towards Freedom from an Unlawful
Restraint,in violation of the Constitution,laws,or treaties of
the United States.

THIS DOCUMENT IS HELD TO BE TRUE,SIGNED UNDER THE PAINS AND
PENALTIES OF PURJURY.

                                    Respectfully Submitted
                                    DAVID JONES (pro se)

                                    *David Jones*

1-11-2005



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

TOM REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

March 12, 2002

Mr. David Jones (W37384)
SECC
1 Administration Road
Bridgewater, MA 02324

Dear Mr. Jones:

The Attorney General's Office has reviewed your recent inquiry to the Criminal Bureau for the purpose of deciding whether to assign this matter within the Criminal Bureau for a more comprehensive review of the facts, make an inquiry on your behalf, or intervene in this matter.

The Criminal Bureau of the Attorney General's Office receives inquiries and complaints on a daily basis from citizens, police departments and other governmental agencies. Every such inquiry and complaint is reviewed and a decision made whether to take action on the inquiry or complaint. In some instances, inquiries and complaints raise issues which generally are not handled by this office, do not fall within this office's jurisdiction, or are more appropriately handled by another agency.

Please be advised that the Criminal Bureau is not going to further review or take action on your inquiry or complaint. If you wish to pursue this matter, I suggest that you contact the Norfolk District Attorney's Office or confer with your prior defense attorney.

I am sorry that this office cannot be of further assistance to you.

Sincerely,

Kurt N. Schwartz
Assistant Attorney General
Chief, Criminal Bureau

KNS/jlp