UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID C. JONES )
   Petitioner, )
)
v. ) Civil Action No. 04-121870-GAO
)
MICHAEL A. THOMPSON )
   Respondent. )

## MOTION FOR LEAVE TO LATE-FILE
## MOTION TO DISMISS AND MEMORANDUM

The respondent, through counsel, respectfully moves this Court for leave to late-file by two days the attached motion to dismiss and supporting memorandum of law. In support thereof, the respondent's counsel states that there were delays in locating the petitioner's full state court record, parts of which were fed-exed and faxed just yesterday to the Attorney General's office. In addition staff shortages because of the weather also hampered the timely filing of the motion and memorandum.

Wherefor, the respondent respectfully moves this Court for leave to late-file by two days the motion to dismiss and supporting memorandum of law.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060