UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID C. JONES )
    Petitioner, )
)
v. )    Civil Action No. 04-121870-GAO
)
MICHAEL A. THOMPSON )
    Respondent. )
)

FILED
IN CLERKS OFFICE
2005 FEB -1  A 11: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO DISMISS

The respondent, Michael A. Thompson, Superintendent of MCI Shirley Medium in Shirley, Massachusetts, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

A memorandum in support of this Motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060