United Case 1:04-cv-12180-GAO Document 8 Filed 01/28/2005 Page 1 of 3
District of Massachusetts                    MCI Shirley Med.
Prosecutors office                           PO Box 1218
One Courthouse Way                           Shirley, MA. 01464
Boston, Ma. 02210    FILED
                  IN CLERKS OFFICE
                                  Jan. 24, 2005
Dear Prosecuter, 2005 JAN 28  P 1:02

U.S. DISTRICT COURT
DISTRICT OF MASS

In or about 2001 while serving a sentence at South Eastern Correctional facility. I contacted the FBI about a picture I had seen in the (Boston-Herald Newspaper)

It was a "wanted" photo of a suspected bank robber. I then realized that I knew who this person was and then notified the Federal authorities.

Months had gone by before they finally sent two agents to the prison to speak to me about the identification of that person. Eventually two agents did come to see me at which time I agreed to help and after they assured me that they would help me as well.

Agent (Geoff Kelly) informed me that he could help me with the change or "transformation" to a better institution and also with any future recomend-

ations to the parole board - if I coopperated. I agreed to identify the individual, and was informed that he had already been aprehended. (Nick Carter) is the name.

I was then asked by the agents to take a look at other photos of unsolved bank robberies and the servailance photos of the suspected individuals and I did.

I couldn't recognize anyone else in the pictures that were presented to me. But I looked continuously for more than an hour.

I had an "agreement" with this agency and your agents did not do what they said they would.

I've since seen the parole board twice and they have no knowlege of my attempt to assist this agency.

There is a record of this interview documented by the department of Corrections. South Eastern Correctional Center has since been closed.

I ask that this office (investigate) this matter and enforce the agreement made by Mr. Geoff Kelly of the FBI, agent in-charge at that time.

This office should honor the agreement and assist me in obtaining a parole release for the identification I provided regardless of my inability to positively identify the others in an unrelated inquirey.

I would hope to avoid filing a motion requesting the Courts to intervene. So I pray that this honorable office of the Prosecutors office will enforce the initial agreement by the agency. And bring this to the attention of the Massachusetts Parole Board. 45 Hospital Rd. Bld. B-3, Medfield Mass 02052.

This is my second letter in over a year, I since been denied by the parole board for a second time.

Thank you, for your time and may the "New Year" blessings reach your heart.

Respectfully
W37384 David Jones

cc. file
D.J.