David C. Jones (W37384)
Shirley medium
PO Box 1218
Shirley, Mass. 01464

SCANNED
DATE: 2/3/05
BY: M.P

FILED
IN CLERKS OFFICE

2005 FEB -2  P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

January 30, 2005

Anthony Anastas, Clerk
United States District
District of Mass.
One Courthouse Way
Suite 2300
Boston MA 02210

RE: Jones v. Thompson
C.A. No. 04 12180 - GAO

Dear Mr. Anastas:

It is my hope that this honorable office of the District Court Clerk, will take into consideration that I, the petitioner have served almost nine years in this criminal matter. And that if this matter is delayed much longer, I will have served out the entire sentence.

I understand the power of this office and respect the process of the manner in which this particular case has been filed. This letter is to inform you of the time that I've served and also the year that is left to complete the sentence.

Will you please push this matter before the Court and consider what is at stake in further delays. I do understand the enormous cases that come before this office and realize that my case shouldn't be placed any higher than the others, but I believe that this letter can't hurt me anymore than if I hadn't written it.

Thank you for your time in advance and I pray that you'll please help my criminal case and further confinement as a result.

Again I've served (9) nine years on a Ten year sentence and only one year that remains.

Please help me in this regard! Thank you for your attention to this matter.

Very Truly yours,

David C. Jones
(Pro Se)

Shirley Medium
PO Box 1215
Shirley Mass. 01464