UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------
DAVID C. JONES
    Petitioner,

v.

MICHAEL A. THOMPSON
    Respondent.
---------------------

Civil Action No. 04-12180-GAO

MOTION IN OPPOSITION OF RESPONDENTS
MOTION TO DISMISS AND MEMORANDUM

---

    The petitioner, pro se, respectfuly moves this court deny the respondents request for leave to late file by two days and the motion to dismiss.
    In support, the petitioner states, that a time period was fixed in the order as to when an answer was to be made. Additional time of over forty days was allowed under Federal Rules of Civil Procedure.
Petitioner further states, that he has clearly stated a claim upon which relief can be granted in his petition.

    A memorandum of support is attached to the MOTION.

RESPECTFULLY SUBMITTED,

David Jones
DAVID C. JONES
(pro se)

Shirley Medium, P.O. 1218
Shirley, Mass. 01464