UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID C. JONES<br>Petitioner,<br><br>v.<br><br>MICHAEL A. THOMPSON<br>Respondent. | Civil Action No. 04-121870-GAO |

## MOTION TO DISMISS

The respondent, Michael A. Thompson, Superintendent of MCI Shirley Medium in Shirley, Massachusetts, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

A memorandum in support of this Motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060