UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DAVID C. JONES**
       Petitioner

   v.                                        CIVIL ACTION
                                           NO.  04-12180-GAO

**MICHAEL A. THOMPSON**
       Respondent

**O R D E R**

On March 1, 2005, the Respondent filed a Motion to Dismiss the above Petition for Writ of Habeas Corpus.  The Petitioner's response, if any, is to be filed with the Clerk of this Court on or before June 17, 2005.


**May 17, 2005**                                        / s / Jolyne D'Ambrosio
Date                                                      Deputy Clerk