UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------

DAVID C.JONES
    Petitioner,

V.                              Civil Action,No. 04-12180-GAO

MICHAEL A.THOMPSON
    Respondent.

---------------------------

MOTION IN OPPOSITION OF RESPONDENTS
MOTION TO DISMISS THE PETITION for WRIT Of HABEAS CORPUS.
============================================================

  The petitioner,pro se, respectfully moves this court deny the respondents request for the motion to dismiss.

  In support of this motin in opposition the petitioner further states, that he has "clearly shown and stated a claim upon which relief can be granted in his petition.

    A memorandum of support is attached to the motion.

RESPECTFULLY SUBMITTED,
David C.Jones
David C.Jones,pro se
P.O.1218, Shirley Mass.01464

Date: May 24, 2005