United States District Court
District of Massachusetts

DAVID JONES
    Petitioner,

v.

MICHAEL A. THOMPSON
Superintendent
    Respondent,

Civil Action
No 04-12180-GAO

Petitioner's Objection To The Proposed Report And Recomendation On The Respondent's Motion To Dismiss

July 14-05

    The petitioner, David Jones or the "defendant" in the above captioned points to specific portions of the Courts findings and recomendations in error of the report.

1) The recomendation is based on findings that do not exist in the recorded evidence. The basis of the objection is listing in the following:

2) Petitioner did not fail to exhaust his administrative remedies with respect to the remaining Grounds for relief. The Grounds had been presented to the trial judge (E. Butler) in the initial Motion For A New Trial. Petitioner filed a motion for a new trial in December of 2000, and the judge found colorable issues and appointed prior Counsel. Rule (30).

3) There was only one (1) latent fingerprint submitted to the "AFIS" not five as mentioned in this Courts' reason for it's recomendation, in part. "AFIS" did not and could not produce a positive identification, Id at (T 2/53 A 44) and (T 2/23 A 39) The AFIS computor cannot make it's own determination about whether or not one fingerprint matches another print. (T 2/9-10 A 25-26) Detective Dirrane admitted and recognized that only his opinion as to the identification of the one fingerprint existed (T 2/23 A 39) visually.

4) The failure to produce the computer generated list was raised before and during the trial through Side-bar and objection by attorney Stephanie Page. (T 12/54)(T 2/53), (T 2/23). Motion Transcription

5) There was no other evidence in this case as the Appeals Court wrongfully held.

6) Petitioner claims that a fundemental miscarriage of justice would result of this claim if it is not considered.

The State Court has refused to acknowledge the objection to "all" fingerprint evidence as is show in the Motion Transcript. A contemporaneous objection was made at the trial.

For the reasons above this Court should allow the objection to the proposed report and recomendation on Respondent's Motion To Dismiss.

These Grounds were discovered in April of 1999 and presented as "Newly" discovered evidence, the State Court refused to respond to the Grounds filed in Norfolk Superior Court along with a formal Complaint against Officer Thomas Heavey and John Dirrane. This Court has not reviewed the total record and transcript in this case as can be shown in the Supported documentation.

And for these reasons the Court should allow the Objection and re-access it's position.

Respectfully Submitted

David C. Jones
W37384
MCI Plymouth
PO Box 207
So. Carver Ma 02366

cc file