UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12180-GAO

DAVID JONES,
Petitioner,

v.

MICHAEL A. THOMPSON, Superintendent,
Respondent.

ORDER
September 19, 2005

O'TOOLE, D.J.

Before me is a Report and Recommendation concerning the respondent's motion to dism

After review of the Report as well as the relevant pleadings and papers in the case, includ

particularly the petitioner's objections, I ADOPT the Report and Recommendations.

Accordingly, the motion to dismiss [docket no. 13] is GRANTED, and the petitior

DISMISSED.

_September 19, 2005_
DATE

_/s/ [signature]_
DISTRICT JUDGE