UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JONES
               Petitioner(s)

v.                                        CIVIL ACTION NO. 04-12180-GAO

MICHAEL THOMPSON
               Respondent(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated 9/19/05, the motion to dismiss ( docket no. 13) is GRANTED, and the petition is DISMISSED.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/23/05                            By PAUL S. LYNESS
                                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)